**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:96cr163**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **NATHAN PELZER.** ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc. 53, filed April 8, 2008] within which to file response to the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc. 52, filed March 13, 2008].

It appears that the Supplement to the Presentence Report will be completed within a short time. Therefore, the Court will grant a short extension of time within which to respond by the Government.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response, if any, to the Defendant's Motion on or before April 15, 2008.

Martin Reidinger
United States District Judge

Signed: April 11, 2008